# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CARY PICKETT,

    Plaintiff

v.

C/O VALDEZ, et. al.,

    Defendants

Case No.: 3:17-cv-00567-MMD-WGC

**Order**

Re: ECF No. 12

    Before the court is Plaintiff's motion for leave to amend. (ECF No. 12.)

    Plaintiff filed his complaint which was screened by the court, and Plaintiff was allowed to proceed with a single retaliation claim against defendant Paul Valdez. (Screening Order, ECF No. 4; Compl. ECF No. 5.) The Attorney General's Office entered a limited notice of appearance for the purpose of participating in an Early Mediation Conference, which was unsuccessful. (ECF Nos. 6, 9.) On November 16, 2018, the court served the Attorney General's Office with the complaint electronically, and directed the Attorney General's Office to file a notice with the court indicating whether or not it would accept service on behalf of Valdez. (ECF No. 11.)

    On November 30, 2018, Plaintiff filed his motion for leave to amend, indicating that he inadvertently failed to check the box on the form complaint indicating his desire to proceed against Valdez in his official capacity (as well as in his individual capacity). (ECF No. 12.)

    On December 5, 2018, the Attorney General's Office indicated it would not accept service on Valdez, a former employee of the Nevada Department of Corrections, and filed his last known address under seal. (ECF Nos. 13, 14.) On December 11, 2018, the court issued a

summons and ordered service on Valdez at the address filed under seal by the U.S. Marshal. (ECF Nos. 16, 17.)

Under Rule 15(a)(1)(A), a party may amend a pleading once as a matter of course (without leave of court) within 21 days after serving the pleading. In this case, the complaint has not yet been served on Valdez; therefore, he did not need to seek leave to file an amended complaint. Additionally, the Local Rules require a motion for leave to amend to be accompanied by the proposed amended pleading which is complete in and of itself and does not reference the prior pleading.

Plaintiff's motion is limited to simply checking the box to indicate he sues Valdez in his official capacity as well as his individual capacity; therefore, in this instance, the court will **GRANT** Plaintiff's motion (ECF No. 12). Plaintiff has **21 days** from the date of this Order to file an amended complaint that will supersede the original complaint. The amended complaint shall contain only the allegations supporting the retaliation claim against Valdez and may indicate that Valdez is being sued in his individual and official capacities. The claims and defendants previously dismissed with prejudice on screening are not to be included in the amended complaint. Plaintiff still has until Friday, January 11, 2019, to complete the USM-285 service form and return it to the U.S. Marshal's Office. Once the amended complaint is filed, the Clerk shall **SEND** one copy of the amended complaint and a copy of this Order to the U.S. Marshal's service for service on Valdez.

**IT IS SO ORDERED**.

Dated: December 19, 2018

_____
William G. Cobb
United States Magistrate Judge