1 AARON D. FORD
   Attorney General
2 DARBY G. PHELPS, Bar No. 14599
   Deputy Attorney General
3 State of Nevada
  Bureau of Litigation
4 Public Safety Division
  100 N. Carson Street
5 Carson City, Nevada 89701-4717
  Tel: (775) 684-1159
6 E-mail:  dphelps@ag.nv.gov

7 *Attorneys for Defendant Paul Valdez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARY J. PICKETT,

　　　　Plaintiff,

v.

VALDEZ, *et al.*,

　　　　Defendants.

Case No.  3:17-cv-00567-MMD-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS SET ONE**
**(FIRST REQUEST)**

Defendant, Paul Valez, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, submits his Motion for Extension of Time to Serve Discovery Responses to Request for Production of Documents Set One.  This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.　　ARGUMENT**

Defendant respectfully requests a thirty (30) day extension of time out from the current deadline (April 15, 2019) to serve his discovery responses to Plaintiff's Request for Production of Documents (Set One).  Counsel for Defendants is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General.  However, such obstacles are currently being resolved and the requested extension of time should afford Defendants adequate time to serve discovery responses in this case.

/ / /

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for more thorough responses to Plaintiff's discovery requests. The requested thirty (30) day extension of time should permit Defendants time to adequately research and respond to Plaintiff's discovery requests. Defendant asserts that the requisite good cause is present to warrant the requested extension of time. Additionally, Defendant timely served his responses to Plaintiff's First Set of Interrogatories.

For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to serve discovery responses, with a new deadline to and including Wednesday, May 15, 2019.

DATED this 12th day of April, 2019.

>
> AARON D. FORD
> Attorney General
>
> By: _____
> DARBY G. PHELPS
> Deputy Attorney General
> State of Nevada
> Bureau of Litigation
> Public Safety Division
>
> *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

DATED: April 12, 2019