1  AARON D. FORD
     Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1259
   E-mail:  pdunkley@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Paul Valdez and Harold Wickham*

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10  CARY J. PICKETT,
                                        Case No.  3:17-cv-00567-MMD-WGC
11                     Plaintiff,

12  v.                                 **MOTION FOR EXTENSION OF TIME
                                        TO FILE DISPOSITIVE MOTIONS
13  VALDEZ, *et al.,*                       (SECOND REQUEST)**

14                     Defendants.

15        Defendant, Paul Valdez and Harold Wickham, by and through counsel, Aaron D.

16  Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney

17  General, hereby files this Motion for Extension of Time to file dispositive motions.

18            **MEMORANDUM OF POINTS AND AUTHORITIES**

19  **I.    BACKGROUND**

20        Defendants respectfully request, and upon information, with Plaintiff's approval, a

21  thirty (30) day extension of time from the current deadline of June 9, 2020, to file

22  dispositive motions.

23        Pursuant to the Court's Order of January 17, 2020 (ECF No. 76), the only

24  remaining open discovery was limited to Willis and Cameron closed on March 3, 2020[1],

25

26        [1] Discovery should remain closed with respect to Mr. Willis as Defendants are
   unaware of any further efforts to obtain information from Mr. Willis.  However,
27  Defendants will not object to plaintiff's further efforts with respect to Mr. Cameron
   (without waiving objections), who, upon information, is still waiting for the Court's
28  approval of the proposed procedure in the event Mr. Cameron elects to respond, under
   penalty of perjury, to the 8 questions submitted by Mr. Pickett. (*See* ECF No. 78.)

dispositive motions were due April 10, 2020, and the Joint Pretrial Order was due May 8, 2020. (ECF No. 76.)  In light of the outstanding discovery issue regarding Mr. Cameron, and administrative complications at the Office of the Attorney General, related to COVID-19, Defendants requested, and the Court granted a 60 day extension, to permit Plaintiff with time to obtain answers to 8 questions.  (ECF No. 80.)  Upon information, Plaintiff is waiting for an order from the Court which can be presented to the authorities supervising Mr. Cameron's parole, which would permit Mr. Cameron to respond to Mr. Pickett's questions without violating the terms of Mr. Cameron's parole.  *See* ECF No. 78 (proposing procedure to obtain responses).

## II.   DISCUSSION

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants assert that the requisite good cause is present to warrant the requested extension of time.  Defendants make the instant request in light of the ongoing issues related to COVID-19 including Nevada Governor Sisolak's March 31, 2020 Declaration of Emergency (Directive 010) – 'Stay at Home Order' and the Governor's April 1, 2020 "Stay at Home" directive.  In response, the Office of the Attorney General ("OAG") has directed all AOG employees to comply with the Governor's orders, limit in-office work and to stay at home effective immediately while and until the OAG transitions to alternate, home-based working arrangements.  In light of the directives, and due to the difficulties the instant circumstances place on obtaining the necessary supporting documents, declarations and affidavits, Defendants respectfully request that the Court extend the deadline by thirty (30) days, until **July 9, 2020**.  Defendants' request will not hinder or prejudice Plaintiff's case.  The requested thirty-day extension of time should permit the

1    Plaintiff time to obtain an order from the Court for the benefit of Mr. Cameron, to confirm

2    Mr. Cameron's participation, if any, and then prepare dispositive motions.

3        For these reasons, Defendants respectfully requests a thirty (30) day extension to

4    the deadline to submit dispositive motions.

5                    **Proposed Schedule for Remaining Deadlines**

6    Current Dispositive Motion Deadline                    June 9, 2020

7    Current Joint Pretrial Order                           July 7, 2020

8    Proposed Dispositive Motion Deadline                   July 9, 2020

9    Proposed Joint Pretrial Order                          August 10, 2020

10   DATED this 8th day of June 2020.

11                                 AARON D. FORD
                                    Attorney General
12

13                          By:    /s/ Peter E. Dunkley
                                    PETER E. DUNKLEY, Bar No. 11110
14                                  Deputy Attorney General
                                    *Attorneys for Defendants*
15

16

17

18   **IT IS SO ORDERED:**

19   **IT IS FURTHER ORDERED that no further extensions will be granted.**

20

21   _____

22   **UNITED STATES MAGISTRATE JUDGE**

23   **DATED:**   June 9, 2020

24

25

26

27

28

                                        3

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of the Office of the Attorney General, State of

3   Nevada, and that on this 8th day of June, 2020, I caused to be deposited for mailing a

4   true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE**

5   **DISPOSITIVE MOTIONS (Second Request)**, to the following:

6

7   Cary Pickett, #57591
Southern Desert Correctional Center
8   P.O. Box 208
Indian Springs, NV 89070

9

10

11                                                      /s/ Caitie Collins
                                                         An employee of the
12                                                       Office of the Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28