UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CARY J. PICKETT, | ) | 3:17-cv-00567-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 16, 2020 |
| VALDEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   **IT IS HEREBY ORDERED** that the dispositive motion deadline of July 9, 2020, is **VACATED** to be re-set once Defendants file their notice(s) referenced in paragraph 9 of the court's order granting Plaintiff's Request for an Order Permitting the OAG to Prepare and Submit Written Questions to Parole and Probation (ECF No. 84 at 3).

                              DEBRA K. KEMPI, CLERK

                              By:      /s/
                                     Deputy Clerk