```
1  AARON D. FORD
     Attorney General
2  AMY A. PORRAY (Bar No. 9596)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., Ste. 3900
   Las Vegas, Nevada  89101
5  (702) 486-3216 (phone)
   (702) 486-3773 (fax)
6  Email: aporray@ag.nv.gov

7  Attorneys for Defendant
   Paul Valdez and Charles Daniels
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CARY J. PICKETT, | Case No. 3:17-cv-00567-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| VALDEZ, et al., | |
| Defendants. | |

Plaintiff, Cary J. Pickett, and Defendants, Paul Valdez and Charles Daniels, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Amy A. Porray, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate

///
///
///
///
///
///
///
///

1 | under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to dismissal with prejudice of
2 | this action, with each party bearing their own attorney's fees and costs.
3 | DATED this 19th day of August, 2021.    DATED this 10th day of September, 2021.

AARON D. FORD
Attorney General

By: /s/ Amy A. Porray
AMY A. PORRAY (Bar No. 9596)
Deputy Attorney General
*Attorneys for Defendants*

By: _____
CARY J. PICKETT
Plaintiff, *Pro Se*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 13, 2021


## CERTIFICATE OF SERVICE

1. I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August _____, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by emailing a copy at Las Vegas, Nevada, addressed to the following:

> Cary Pickett, #57591
> Southern Desert Correctional Center
> P.O. Box 208
> Indian Springs, Nevada 89070
> Email: sdcclawlibrary@doc.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General